NORMAN & SON, *contra.*

The bill in this case was filed by the appellee again the appellants; and sought to have certain deeds s aside and cancelled as void, and for an injunctio against the said T. K. Brantley and T. J. Brantley, an for such other and further relief as they might be e titled to. The chancellor granted the relief prayed fo Affirmed.

Opinion by McCLELLAN, J.

---

# State of Alabama v. McAlpine.

APPEAL from Talladega City Court.

Tried before the Hon. JOHN W. BISHOP.

W. C. FITTS, Attorney-General, for the State.

BROWNE & DRYER, for appellee.

The appellee, Rachael McAlpine, was arrested unde warrant issued upon an affidavit charging her with a sault and battery. She made a motion in the city cou of Talladega to quash the complaint and the warrant arrest, and to strike the cause from the docket. Th motion was granted, and the appeal is taken by t State of Alabama from the judgment granting sa motion. Appeal dismissed.

PER CURIAM.

---

# The State of Alabama v. McAlpine.

APPEAL from Talladega City Court.

Tried before the Hon. JOHN W. BISHOP.